United States District Court
Southern District of Texas
**ENTERED**
September 01, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ALI MAHMOUD ALI MASLAT,<br>*Plaintiffs*, | §<br>§ | |
| | § | |
| v. | § | Civil Action No. 4:26-cv-04233 |
| | § | |
| MARKWAYNE MULLIN, et al.,<br>*Defendants*. | §<br>§ | |

**ORDER**

The Motion to Continue Responsive Pleading Deadline filed by Defendants Markwayne Mullin, Joseph B. Edlow, and Director, USCIS California Service Center is granted. (Docket Entry No. 9). Defendants must file their responsive pleading no later than October 14, 2026. The initial conference is reset to November 19, 2026, at 9:40 a.m. by Zoom.

Signed this 1st of September, 2026.

The Honorable Lee H. Rosenthal
Senior United States District Judge