United States District Court
Southern District of Texas
**ENTERED**
November 12, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ALI MAHMOUD ALI MASLAT, | § | |
| | § | |
| Petitioner, | § | |
| v. | § | CIVIL ACTION NO. H-26-4233 |
| | § | |
| MARKWAYNE MULLIN, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**MEMORANDUM AND OPINION**

Ali Mahmoud Ali Maslat seeks to compel government officials "to adjudicate" three "Form I-130 Petitions for Alien Relative . . . on behalf of his spouse and two minor children." (Docket Entry No. 1 at 2). The respondents move to dismiss the "complaint as moot, because the petitions at issue have been adjudicated." (Docket Entry No. 11 at 1 (noting that "[a]ll three [I-130] applications have been denied")). Maslat "is no longer opposed to the motion to dismiss for mootness." (Docket Entry No. 12 at 2).

A motion to dismiss under Federal Rule of Civil Procedure 12(b)(1) calls into question the district court's subject matter jurisdiction. FED. R. CIV. P. 12(b)(1). "A court may base its disposition of a motion to dismiss for lack of subject matter jurisdiction on (1) the complaint alone; (2) the complaint supplemented by undisputed facts; or (3) the complaint supplemented by undisputed facts plus the court's resolution of disputed facts." *Montez v. Dep't of Navy*, 392 F.3d 147, 149 (5th Cir. 2004) (quoting reference omitted). The party invoking the court's jurisdiction carries the burden of demonstrating that jurisdiction exists. *Ramming v. United States*, 281 F.3d 158, 161 (5th Cir. 2001) (per curiam). The United States Supreme Court has explained that a case

becomes moot if it "no longer present[s] a case or controversy under Article III, § 2, of the Constitution." *Spencer v. Kemna*, 523 U.S. 1, 7 (1998).

The court agrees with the parties that this case no longer presents a case or controversy. The motion to dismiss on the basis of mootness, (Docket Entry No. 11), is granted. This case is dismissed.

SIGNED on November 10, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge